**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 06-1760**

VIVIAN M. KELLEY,

Plaintiff - Appellant,

versus

UNIVERSITY OF RICHMOND, School of Continuing
Studies,

Defendant - Appellee.

Appeal from the United States District Court for the Eastern
District of Virginia, at Richmond.   James R. Spencer, Chief
District Judge.  (3:06-cv-00203-JRS)

Submitted:  November 30, 2006      Decided:  December 27, 2006

Before NIEMEYER, MICHAEL, and DUNCAN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Vivian M. Kelley, Appellant Pro Se.  Gilbert Everett Schill, Jr.,
Stephanie Ploszay Karn, MCGUIREWOODS, L.L.P., Richmond, Virginia,
for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Vivian M. Kelley appeals the district court's order granting the University of Richmond's Fed. R. Civ. P. 12(b)(6) motion to dismiss her complaint for failure to state a claim upon which relief can be granted. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>See</u> <u>Kelley v. Univ. of Richmond</u>, No. 3:06-cv-00203-JRS (E.D. Va. June 2, 2006). We further deny Kelley's motion for appointment of counsel. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>